```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                      Richmond Division
```

SORINA MONTOYA, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.                                    Civil Action No. 3:23cv314

KING.COM LIMITED,
KING DIGITAL ENTERTAINMENT PLC, and
ACTIVISION BLIZZARD, INC.

    Defendants.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) DEFENDANT ACTIVISION BLIZZARD, INC.'S MOTION TO COMPEL MANDATORY ALTERNATIVE DISPUTE RESOLUTION (ECF No. 33) and DEFENDANTS', KING.COM, LIMITED AND KING DIGITAL ENTERTAINMENT PLC, MOTION TO COMPEL MANDATORY ALTERNATIVE DISPUTE RESOLUTION (ECF No. 48) are granted; and

(2) The parties shall submit their dispute to arbitration pursuant to the procedures agreed to; and

(3) DEFENDANT ACTIVISION BLIZZARD, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (ECF No. 35), DEFENDANT ACTIVISION BLIZZARD, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE (ECF No. 37), DEFENDANT ACTIVISION BLIZZARD, INC.'S MOTION IN THE ALTERNATIVE TO TRANSFER (ECF No. 39), DEFENDANT ACTIVISION

BLIZZARD, INC.'S MOTION TO DISMISS CLAIMS FOR DECLARATORY AND INJUNCTIVE RELIEF (ECF No. 41), DEFENDANTS', KING.COM, LIMITED AND KING DIGITAL ENTERTAINMENT PLC, MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (ECF No. 50), DEFENDANTS', KING.COM, LIMITED AND KING DIGITAL ENTERTAINMENT PLC, MOTION TO DISMISS FOR IMPROPER VENUE (ECF No. 52), DEFENDANTS', KING.COM, LIMITED AND KING DIGITAL ENTERTAINMENT PLC, MOTION IN THE ALTERNATIVE TO TRANSFER (ECF No. 54), and DEFENDANTS', KING.COM, LIMITED AND KING DIGITAL ENTERTAINMENT PLC, MOTION TO DISMISS CLAIMS FOR DECLARATORY AND INJUNCTIVE RELIEF (ECF No. 56) are denied without prejudice; and

(4) There being nothing left for the Court to decide, the case is hereby dismissed without prejudice.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 19, 2024